UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYVANIA

MICHELLE A. BURGHER,

          Plaintiff,

v.                                                  Civ. 09-cv-00673 GLL

LHR, INC.,

          Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

AND NOW, comes the Plaintiff, Michelle A. Burgher and Defendant, LHR, Inc., by and through their undersigned counsel and herein stipulate and agree the above-entitled action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that all claims in this action between Plaintiff Michelle E. Burgher and Defendant LHR, Inc., are dismissed with prejudice and this action is hereby discontinued without costs of any type to any of the said parties as against the others. The court shall retain jurisdiction with regards to enforcement of the stipulation for dismissal and other related matters.

Dated: July 9, 2009

Respectfully submitted,

| SCHRÖDER, JOSEPH & ASSOCIATES, LLP | MORROW & KROSS, PC |
|---|---|
| BY: /s/ Ginger D. Schroder | BY: /s/ Clayton S. Morrow |
| Ginger D. Schroder, Esq. | Clayton S. Morrow, Esq. |
| Alicia C. Rood | PA ID #53521 |
| **Counsel for Defendant** | **Counsel for Plaintiff** |
| Schröder, Joseph & Associates, LLP | 304 Ross Street |
| 766 Ellicott Street | Mitchell Building, 7th Floor |
| Buffalo, NY 14203 | Pittsburgh, PA 15219 |
| gschroder@sjalegal.com | (412) 281-1250 |
| | cmorrow@allconsumerlaw.com |

SO ORDERED, this 10 day of July, 2009.

_____
Gary L. Lancaster, U.S. District Judge